UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLANK PRODUCTIONS, INC., and
ROBERT BLANK,
                Plaintiff,

-against-

WARNER/CHAPPELL MUSIC, INC.
                Defendant.

11cv 7927 ( KMW )
ECF CASE
**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Tim Harvey__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Warner/Chappell Music, Inc. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Tennessee and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:                                      Respectfully Submitted,

_[signature]_
Applicant Signature

Applicant's Name: Tim Harvey
Firm Name: Riley Warnock & Jacobson, PLC
Address: 1906 West End Avenue
City / State / Zip: Nashville, TN 37203
Telephone / Fax: (615) 320-3700 / (615) 320-3737
E-Mail: tharvey@rwjplc.com